## Case No. 3,342.

### CRAIK v. HILTON.

[2 Cranch, C. C. 116.][1]

Circuit Court, District of Columbia. Nov. Term, 1815.

#### BAIL.

In debt upon a bond of more than twelve years standing, THE COURT (THRUSTON, Circuit Judge, absent) ordered special bail to be given. The plaintiffs [Craik's executors] resided in Virginia.

Mr. Wallach, for plaintiffs.

Mr. Law, for defendant.